

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2020

No. 04-20-00340-CV

**IN THE INTEREST OF A.R., JR., A CHILD,**

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-03-14124-ZCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

 Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due on or before **January 12, 2021**. **No further extensions will be granted absent extenuating circumstances.**

_Irene Rios_
Irene Rios, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court

